UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-252-FDW

| | |
|---|---|
| **BRANDON GERALD STEELE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FNU ROBINSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on a periodic status review. The Clerk is instructed to mail a summons form for Plaintiff to fill out as to Defendant FNU Robinson and to return to the Court for service of process by the U.S. Marshal.[1] Plaintiff shall have twenty days in which to return the summons form to the Court for service on Defendant Robinson. If Plaintiff does not return the summons forms to the Court within the time period allotted, Plaintiff's claim against Robinson will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge

---

[1] The Court instructed the Clerk by order dated July 23, 2015, to mail two summons forms to Plaintiff. Plaintiff returned only summons form, with the names of both Defendants Henderson and Robinson on it. The U.S. Marshal served only Defendant Henderson with this summons form. Thus, no summons has yet been served on Defendant Robinson.