# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cv-252-FDW

| | |
|---|---|
| BRANDON GERALD STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU ROBINSON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a periodic status review. On March 7, 2017, this Court entered an order directing the U.S. Marshal to use reasonable efforts to locate and serve Defendant Renesha Robinson with the Clerk's Entry of Default against her, as well as the pending Motion for Default Judgment. (Doc. No. 30). The U.S. Marshal has not responded to the Court's order. The U.S. Marshal is directed to respond in accordance with the Court's order within ten days, informing the Court of the status of its efforts to serve Defendant Robinson.

The Clerk of this Court is directed to send this Order and the Court's order in Docket No. 30 to the U.S. Marshal.

**IT IS SO ORDERED.**

Signed: May 3, 2017

Frank D. Whitney
Chief United States District Judge