# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cv-252-FDW

| | |
|---|---|
| **BRANDON GERALD STEELE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **ORDER**<br>) |
| **FNU ROBINSON, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on a periodic status review. On May 12, 2017, this Court entered an order directing the U.S. Marshal to use reasonable efforts to locate and personally serve Defendant Renesha Robinson with the Clerk's Entry of Default against her, as well as the pending Motion for Default Judgment. (Doc. No. 39). On June 15, 2017, the U.S. Marshal filed a "Return of Service," which states that Robinson was "personally served" on June 14, 2017. (Doc. No. 42 at 1). The U.S. Marshal did not attach any documentation showing that personal service was made on Robinson in accordance with Rule 4 of the Federal Rules of Civil Procedure. Furthermore, the return of service shows only the former work address for Defendant Robinson. The U.S. Marshal is directed to file with the Court's docket its proof of service personally on Defendant Robinson before this Court may address Plaintiff's pending motion for default judgment against Defendant Robinson. The Marshal may file the proof of service under seal or redacted if necessary to ensure confidentiality of Defendant Robinson's home address.

1

**IT IS SO ORDERED.**

Signed: July 5, 2017

Frank D. Whitney
Chief United States District Judge